**STATE of Missouri, Plaintiff/Respondent,**

v.

**Anijuian BOHLEN, Defendent/Appellant.**

**No. 70694.**

Missouri Court of Appeals, Eastern District, Division Two.

July 8, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 26, 1997.

Application to Transfer Denied Sept. 30, 1997.

Henry B. Robertson, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Christine M. Blegan, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

*MEMORANDUM OPINION*

PER CURIAM.

Defendant appeals from his conviction by a jury of murder first degree, seven counts of assault first degree, and eight counts of armed criminal action, all occurring during a drive-by shooting. He was sentenced to life imprisonment without parole and an additional 390 years. The verdict is supported by the evidence, no error of law appears, and an opinion would have no precedential value. The parties have been furnished with a state-

ment setting forth the reasons for our decision.

Judgment affirmed. Rule 30.25(b).